# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ARLENE JOYCE BYLINA | § | Case No. 16-04043 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,381.00                    Assets Exempt: 25,772.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 35,661.76   Claims Discharged
                                              Without Payment: 29,269.35

Total Expenses of Administration: 14,338.24

---

3) Total gross receipts of $ 65,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 2,823.37 | $ 2,823.37 | $ 2,823.37 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,338.24 | 14,338.24 | 14,338.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,557.00 | 45,266.74 | 45,266.74 | 32,838.39 |
| TOTAL DISBURSEMENTS | $ 60,557.00 | $ 62,428.35 | $ 62,428.35 | $ 50,000.00 |

    4)  This case was originally filed under chapter 7 on 02/10/2016 . The case was pending for 16 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/05/2017                 By:/s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1361 Rock Run Dr | 1110-000 | 65,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 65,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bylina, Arlene Joyce | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rock Run Pointe 3033 W Jefferson St Suite 100 Joliet IL 60435 | | 0.00 | NA | NA | 0.00 |
| | First American Title Company | 4700-000 | NA | 2,823.37 | 2,823.37 | 2,823.37 |
| **TOTAL SECURED CLAIMS** | | | **$ 0.00** | **$ 2,823.37** | **$ 2,823.37** | **$ 2,823.37** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 5,750.00 | 5,750.00 | 5,750.00 |
| Peter N. Metrou | 2200-000 | NA | 35.95 | 35.95 | 35.95 |
| LTD. International Sureties | 2300-000 | NA | 22.83 | 22.83 | 22.83 |
| First American Title Company | 2500-000 | NA | 3,302.01 | 3,302.01 | 3,302.01 |
| Associated Bank | 2600-000 | NA | 383.45 | 383.45 | 383.45 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| Metrou & Associates, P.C. | 3110-000 | NA | 500.00 | 500.00 | 500.00 |
| Kutchins Robbins & Diamond lTD. | 3410-000 | NA | 918.00 | 918.00 | 918.00 |
| First American Title Company | 3991-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,338.24 | $ 14,338.24 | $ 14,338.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase CARD | | 6,825.00 | NA | NA | 0.00 |
| | Chase CARD | | 5,741.00 | NA | NA | 0.00 |
| | COMENITY BANK/Lnbryant | | 0.00 | NA | NA | 0.00 |
| | Sears Bankruptcy Recover | | 4,275.00 | NA | NA | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,792.00 | 2,870.62 | 2,870.62 | 2,082.47 |
| 5 | CITIBANK, N.A. | 7100-000 | 9,340.00 | 9,573.34 | 9,573.34 | 6,944.90 |
| 4 | CREDIT FIRST NA | 7100-000 | 1,970.00 | 1,989.41 | 1,989.41 | 1,443.20 |
| 1 | DISCOVER BANK | 7100-000 | 14,530.00 | 15,191.05 | 15,191.05 | 11,020.22 |
| 2 | DISCOVER BANK | 7100-000 | 10,334.00 | 10,940.71 | 10,940.71 | 7,936.85 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 4,750.00 | 4,701.61 | 4,701.61 | 3,410.75 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 60,557.00 | $ 45,266.74 | $ 45,266.74 | $ 32,838.39 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-04043 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ARLENE JOYCE BYLINA | | | | Date Filed (f) or Converted (c): | 02/10/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 06/05/2017 | | | | Claims Bar Date: | 07/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1361 Rock Run Dr | 50,000.00 | 65,000.00 | | 65,000.00 | FA |
| 2. Ford Escape 2002 Approx Milage 86,000.00 | 2,800.00 | 0.00 | | 0.00 | FA |
| 3. Furniture, linens, small appliances, table & chairs, bedroom | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Flat screen TV, computer, printer, music collection, cell ph | 500.00 | 0.00 | | 0.00 | FA |
| 5. Everyday clothes | 300.00 | 0.00 | | 0.00 | FA |
| 6. Everyday jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. Private Bank | 5,468.00 | 0.00 | | 0.00 | FA |
| 8. 2015 Federal Income Tax Refund | 85.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $62,153.00  $65,000.00  $65,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into equity in home 4/10/2016. Motion to employ real estate attorney granted 5/20/2016 see Dkt# 27. Liquidated Debtor's residence per court order on 6/24/2016 see Dkt# 30. Motion to employ accountant granted 10/7/2016 see Dkt# 41. Claims review and waiting on final tax return.

Initial Projected Date of Final Report (TFR): 04/03/2017   Current Projected Date of Final Report (TFR): 04/03/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Case 16-04043   Doc 57   Filed 06/28/17   Entered 06/28/17 15:32:36   Desc Main
Document      Page 8 of 11

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-04043 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ARLENE JOYCE BYLINA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5652 |
| | Checking |
| Taxpayer ID No: XX-XXX4000 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/16 | | First American Title Company 3492 Caton Farm Road Joliet, IL 60431 | Proceeds from Real Estate liquidation | | $55,624.62 | | $55,624.62 |
| | | | Gross Receipts $65,000.00 | | | | |
| | | | Credit to Buyer for Property Taxes ($1,542.82) | 2500-000 | | | |
| | | | Owners Policy for Buyer ($1,400.00) | 2500-000 | | | |
| | | | Real Estate Broker Commission ($3,250.00) | 3991-000 | | | |
| | | | Transfer Taxes ($97.50) | 2500-000 | | | |
| | | | HOA Paid Assessment Letter ($125.00) | 2500-000 | | | |
| | | | 2015 Tax Penalties ($2,823.37) | 4700-000 | | | |
| | | | Commitment Update Search ($125.00) | 2500-000 | | | |
| | | | CPL Letter ($50.00) | 2500-000 | | | |
| | | | IL Owners Policy Fee ($3.00) | 2500-000 | | | |
| | | | Credit to Seller for Prepaid HOA Dues $41.31 | 2500-000 | | | |
| | 1 | | 1361 Rock Run Dr $65,000.00 | 1110-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.67 | $55,613.95 |
| 08/15/16 | 101 | Arlene Joyce Bylina 1414 Spring Oaks Drive Joliet, IL 60431 | Debtor's Exemptions Homestead Exemption per Schedule C. | 8100-002 | | $15,000.00 | $40,613.95 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.19 | $40,537.76 |

| | | | Page Subtotals: | | $55,624.62 | $15,086.86 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-04043
Case Name: ARLENE JOYCE BYLINA
Taxpayer ID No: XX-XXX4000
For Period Ending: 06/05/2017

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5652
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.33 | $40,479.43 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.18 | $40,419.25 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.15 | $40,361.10 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.01 | $40,301.09 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.92 | $40,241.17 |
| 02/07/17 | 102 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $22.83 | $40,218.34 |
| 04/07/17 | 103 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $5,785.95 | $34,432.39 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($5,750.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($35.95) | 2200-000 | | | |
| 04/07/17 | 104 | CLERK OF THE BANKRUPTCY COURT 219 S. Dearborn Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $176.00 | $34,256.39 |
| 04/07/17 | 105 | Metrou & Associates, P.C. 123 W. Washington St. Suite 216 Oswego, IL 60543 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $500.00 | $33,756.39 |
| 04/07/17 | 106 | Kutchins Robbins & Diamond ITD. 35 East Wacker Drive Suite 1550 Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $918.00 | $32,838.39 |

Page Subtotals: $0.00    $7,699.37

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-04043 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ARLENE JOYCE BYLINA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5652 |
| | Checking |
| Taxpayer ID No: XX-XXX4000 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | 107 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 72.54 % per court order. | 7100-000 | | $11,020.22 | $21,818.17 |
| 04/07/17 | 108 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 2 representing a payment of 72.54 % per court order. | 7100-000 | | $7,936.85 | $13,881.32 |
| 04/07/17 | 109 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 3 representing a payment of 72.54 % per court order. | 7100-000 | | $2,082.47 | $11,798.85 |
| 04/07/17 | 110 | CREDIT FIRST NA<br>Po Box 818011<br>Cleveland, OH 44181 | Final distribution to claim 4 representing a payment of 72.54 % per court order. | 7100-000 | | $1,443.20 | $10,355.65 |
| 04/07/17 | 111 | CITIBANK, N.A.<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND, WA 98083-0280 | Final distribution to claim 5 representing a payment of 72.54 % per court order. | 7100-000 | | $6,944.90 | $3,410.75 |
| 04/07/17 | 112 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO SYNCHRONY BANK (OLD NAVY VISA CARD)<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 6 representing a payment of 72.54 % per court order. | 7100-000 | | $3,410.75 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $55,624.62 | $55,624.62 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $55,624.62 | $55,624.62 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $55,624.62 | $40,624.62 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $32,838.39 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5652 - Checking | $55,624.62 | $40,624.62 | $0.00 |
|  | $55,624.62 | $40,624.62 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $9,375.38 |
| Total Net Deposits: | $55,624.62 |
| Total Gross Receipts: | $65,000.00 |

Page Subtotals:    $0.00    $0.00